1048

THE STATE OF WASHINGTON, *Respondent*, v. DAWNAJO HEIDENREICH, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00609-6, David L. Edwards, J., entered July 6, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.

[No. 39534-7-II.   Division Two.   August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL EMANUAL ALSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01553-1, Linda CJ Lee, J., entered July 2, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 39544-4-II.   Division Two.   August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN LEE SCHAFER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-03268-1, Frank E. Cuthbertson, J., entered July 6, 2009. *Remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 39571-1-II.   Division Two.   August 31, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TRINNEL A. DIAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01454-1, John A. McCarthy, J., entered July 27, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Van Deren, J.